# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Grace McConnell, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )  **ORDER RE ADMISSION**<br>)  **PRO HAC VICE** |
| vs. | )<br>) |
| Perfect Pasta Enterprises, L.L.C., and Jimmy's Pizza, Inc., | )<br>) |
| | )  Case No. 1:18-cv-011 |
| Defendants. | ) |

Before the court is a motion for attorney Neil S. Goldsmith to appear *pro hac vice* on defendants' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Neil S. Goldsmith has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 15) is **GRANTED**. Attorney Neil S. Goldsmith is admitted to practice before this court in the above-entitled action on behalf of defendants.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge