## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Grace McConnell, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER OF DISMISSAL** |
| vs. ) ) | |
| Perfect Pasta Enterprises L.L.C. and Jimmy's Pizza, Inc., ) ) ) | Case No. 1:18-cv-011 |
| Defendants. ) | |

_____

Before the Court is a "Rule 41 Notice of Dismissal with Prejudice" filed on June 1, 2018. See Docket No. 23. The Court **ADOPTS** the Plaintiff's notice (Docket No. 23), and **ORDERS** the Plaintiff's claims against the Defendants be dismissed with prejudice and without costs or disbursements to any party, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2018.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court